```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------------------

KESHIA LOU HAUGHTON,

              Plaintiff,

        22-cv-8886 (JGK)

    - against -

        ORDER

FRESH DIRECT LLC,

              Defendant.

---------------------------------------------------

JOHN G. KOELTL, District Judge:

The time for the plaintiff to serve the summons and complaint is extended to **Thursday, February 23, 2023**. If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Dated:    New York, New York
           January 24, 2023

                                            _____
                                               John G. Koeltl
                                          United States District Judge